UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:21-CR-142-1D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STEPHANIE DIANNA ELLIOTT ) | |
| **Defendant** ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for December 13, 2021, in Raleigh. The case is hereby CONTINUED to the March term of 2022, in Raleigh, North Carolina.

This __1__ day of __November__ 2021.

                                                James C. Dever III
                                                U.S. District Judge