IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-142-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STEPHANIE DIANNA ELLIOTT, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motion for release [D.E. 45] not later than January 7, 2022.

SO ORDERED. This 29 day of December, 2021.

JAMES C. DEVER III
United States District Judge