IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-142-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEPHANIE DAWN ELLIOTT, | ) | |
| | ) | |
| Defendant. | ) | |

On June 27, 2022, defendant filed a motion for an order to schedule payments while incarcerated [D.E. 67]. On July 6, 2022, the government responded in opposition [D.E. 69]. For the reasons stated in the government's response in opposition [D.E. 69], defendant's motion [D.E. 67] is DENIED.

SO ORDERED. This 15 day of July, 2022.

JAMES C. DEVER III
United States District Judge