IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-142-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEPHANIE DIANNA ELLIOTT, | ) | |
| | ) | |
| Defendant. | ) | |

Stephanie Dianna Elliott ("Elliott" or "defendant") filed pro se motions for discovery, for a copy of expense voucher, to release documents, for free copies, to compel defense counsel, to withdraw guilty plea, to vacate final judgment, to recuse the undersigned, and to stay restitution. See [D.E. 74, 75, 76, 77, 82, 83, 84, 85, 86]. Elliott's case is on appeal before the United States Court of Appeals for the Fourth Circuit. See [D.E. 60]. The United States Court of Appeals for the Fourth Circuit has jurisdiction. See, e.g., Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982) (per curiam); United States v. Sanders, No. 1:17-CR-29-HAB, 2020 WL 3268492, at *1 (N.D. Ind. June 17, 2020) (unpublished); United States v. Watts, No. CR 16-104, 2020 WL 3036545, at *2 (M.D. La. June 5, 2020) (unpublished); United States v. Belton, No. 5:18-CR-113-FL-1, 2020 U.S. Dist. LEXIS 75837, at *2 (E.D.N.C. Apr. 29, 2020) (unpublished). Elliott may contact her court-appointed appellate counsel if she has questions. See [D.E. 64]. The court DISMISSES WITHOUT PREJUDICE defendant's motions for discovery, for a copy of expense voucher, to release documents, for free copies, to compel defense counsel, to withdraw guilty plea, to vacate final judgment, to recuse the undersigned, and to stay restitution. See [D.E. 74, 75, 76, 77, 82, 83, 84, 85, 86].

SO ORDERED. This 30 day of September, 2022.

_____
JAMES C. DEVER III
United States District Judge